

NUMBER 13-18-00318-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JERRY J. TREVINO AND THE LAW
OFFICES OF JERRY J. TREVINO, P.C.,                    Appellants,

v.

RENE RODRIGUEZ, SANDRA EASTWOOD,
AND PATRICK BEAM,                                     Appellees.

## On appeal from the County Court at Law No. 2
of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Hinojosa**
**Memorandum Opinion by Chief Justice Contreras**

Appellants, Jerry J. Trevino and The Law Offices of Jerry J. Trevino, P.C.,

perfected an appeal from a judgment rendered in favor of appellees Rene Rodriguez,

Sandra Eastwood, and Patrick Beam by the Nueces County Court at Law No. 2 in trial

court cause number 2018CCV-60994-2. The parties have filed a "Joint Motion to Remand for Rendition of An Agreed Judgment," representing that they have "resolved their differences and have entered into a settlement agreement obviating the need for any appellate relief on the merits."

This Court, having considered the documents on file and the parties' joint motion, is of the opinion that the motion should be granted. Accordingly, we SET ASIDE the trial court's judgment without regard to the merits and REMAND the case to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). Because the parties' motion contains no agreement regarding costs, all costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Pursuant to the parties' request, our mandate will issue forthwith. *See* TEX. R. APP. P. 18.1(c).

DORI CONTRERAS
Chief Justice

Delivered and filed the
6th day of June, 2019.

2